UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff,<br><br>    v.<br><br>ERNEST LOWENSTEIN, INC., *et al.*,<br>  Defendants. | Case No.: 1:20-mc-00101 |

## ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.

Dated: September 24, 2020

_____
J. PAUL OETKEN
United States District Judge